UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:17-cr-00158-SEB-TAB |
| JUSTIN D. BARNETT, | ) ) | -05 |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Justin Barnett's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of twelve (12) months and one (1) day in the custody of the Attorney General or his designee, to be served consecutive to the sentence received by Defendant Barnett in State of Indiana Case Nos. 49D29-2311-F5-030832 and 49D29-2311-F6-031035, with 3 years of supervised release to follow. The Court recommends Defendant Barnett's placement at FCI Terre Haute, Indiana. The conditions of supervised release outlined in the Magistrate Judge's Report and Recommendation shall be imposed.

**SO ORDERED.**

Date: 3/13/2025

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO